# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| QUINCETTA Y. CARGILL, | ) |
| Plaintiff, | ) |
| v. | ) Case No.  2:20-cv-00491-LSC-JHE |
| GOVERNOR KAY IVEY, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on February 23, 2021, recommending this action be dismissed without prejudice as frivolous and for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b).  (Doc. 20).  The magistrate judge further recommended that the plaintiff's motions for joinder and intervention by constructive trust (docs. 9, 10) be denied.  Although the magistrate judge advised the plaintiff of her right to file specific written objections within fourteen (14) days, no objections have been received by the court and the copy of the report and recommendation mailed to the plaintiff at her address of record was returned by the U.S. Postal Service as undeliverable on March 9, 2021.  (Doc. 21).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Therefore, in

accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice as frivolous and for failing to state a claim upon which relief can be granted.  The plaintiff's motions for joinder and intervention by constructive trust (docs. 9, 10) are due to be denied.

A Final Judgment will be entered.

**DONE** and **ORDERED** on March 18, 2021.

_____
L. Scott Coogler
United States District Judge

160704